No. 88–6735. CASEY v. MILES, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY AT ELMIRA, NEW YORK. C. A. 2d Cir. Certiorari denied. ▇▇▇▇▇▇▇▇▇▇▇

No. 88–6738. KARRIEM v. DISTRICT OF COLUMBIA. Ct. App. D. C. Certiorari denied.

No. 88–6743. LYNCH v. ALBERTSON FOOD CENTERS, INC., ET AL. Ct. App. Ore. Certiorari denied. ▇▇▇▇▇▇▇▇▇

No. 88–6744. CLARK ET AL. v. BORG, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. ▇▇▇▇▇▇▇▇▇

No. 88–6747. DIGGS v. INDIANA. Sup. Ct. Ind. Certiorari denied. ▇▇▇▇▇▇▇▇▇

No. 88–6748. DAVIS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 88–6750. RICHARDS v. NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 88–6752. SCHULER v. SHILLINGER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 88–6754. SIMMONS v. BESSINGER, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. ▇▇▇▇▇▇▇▇▇

No. 88–6759. COPAS ET UX. v. CABINET FOR HUMAN RESOURCES ET AL. Ct. App. Ky. Certiorari denied.

No. 88–6786. CASTILLO-SICAIROS v. UNITED STATES PAROLE COMMISSION. C. A. 8th Cir. Certiorari denied. ▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇

No. 88–6793. WOJTOWICZ v. WARNER BROTHERS, INC. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 88–6817. TABACHNIK v. MURPHY ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–6819. BROWN, AKA ALI v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▇▇▇▇▇▇▇▇▇

No. 88–6832. SERRANO v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.